# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161343 & (18)(19)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 161343
COA: 352870
Wayne CC: 09-020825-FC

BISHOP R. PERRY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 1, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The emergency motion for bond pending appeal and the motion to remand are DENIED.



s0526

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2020



Clerk